HUDSON VALLEY PURE FOOD COMPANY, INC., Respondent, Appellant, v. WILLIAM H. WOODIN, Agent for Director General of Railroads, Appellant, Respondent.— Judgment affirmed, with costs to the plaintiff. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Townley, J., dissents and votes to increase the amount of the judgment by adding interest thereto. [Sub nom. Schules Pure Grape Juice Co., Inc., v. Mills, 146 Misc. 823.]

ELSIE KOPELMAN, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

PEDDY REALTY CORPORATION, Respondent, v. WRIGHT AERONAUTICAL CORPORATION, Appellant.— Order modified by striking paragraphs 26, 27, 29, 30 and 31 from the second cause. of action, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Martin, J., dissents and votes for affirmance.

PRIMO GALLOTTI, Individually and as Surviving Partner, etc., and Others, as Executors, etc., of MARIE GOUGELMANN, Deceased, Respondents, v. CONTINENTAL INSURANCE COMPANY and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [152 Misc. 351.]

FREDA LEVINSKY and Others, Respondents, v. LOUIS M. LEVINS, Appellant, Impleaded with REUBEN LEVINSKY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE OCEAN ACCIDENT & GUARANTEE CORPORATION, LTD., Appellant, v. MANUFACTURERS TRUST COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE NEW YORK TRUST COMPANY and WINSLOW LITTLE, Executors, etc., of RAYMOND D. LITTLE, Deceased, Appellants, v. J. J. LITTLE & IVES COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

DANIEL J. O'HARA, Respondent, v. HUNTS POINT EXPRESS CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS RICE and Another, Defendants, Impleaded with JACK LEWIN and Others, Appellants.— Judgment and order affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Merrell, J., dissents and votes for reversal and a new trial.

NORMAN C. NORMAN v. THE BALTIMORE AND OHIO RAILROAD COMPANY.— Motion for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Finch, P. J., taking no part. [See ante, p. 803.]

ANNA SCHOENBAUM, in Her Own Behalf and in Behalf of All Other Creditors of PRINCETON RAYONS, INCORPORATED, Who Will Come Into and Contribute to the Expense of This Action, Appellant, v. THE GOLDMAN SACHS TRADING CORPORATION and Another, Respondents, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.